IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN STAR                                                                                             PETITIONER
REG #78102-053

v.                                          Case No. 2:22-cv-00179-KGB

JOHN P. YATES, Warden,
FCI Forrest City Low                                                                         RESPONDENT

## ORDER

Before the Court are the proposed findings and recommended disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* petitioner John Star's petition for a writ of *habeas corpus* is denied without prejudice (Dkt. No. 1). Judgment will be entered accordingly.

It is so ordered this 2nd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge