# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN STAR**                                                                                       **PETITIONER**
**REG #78102-053**

v.                                    Case No. 2:22-cv-00179-KGB

**JOHN P. YATES, Warden,**
**FCI Forrest City Low**                                                                 **RESPONDENT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that petitioner John Star's petition for a writ of *habeas corpus* is denied without prejudice (Dkt. No. 1).

It is so adjudged this 2nd day of June, 2025.

                                                                                            _____
                                                                                            Kristine G. Baker
                                                                                            Chief United States District Judge